463

No. 43612.—Protests 777916–G/10309, etc., of Wm. J. Oberle, Inc. (New Orleans).

Opinion by Evans, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43613.—Protests 780775–G, etc., of Adolph Goldmark & Sons Corp. et al. (Boston, etc.).

Opinion by Evans, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43614.—Protests 786358–G (B), etc., of T. M. Duche & Sons, Inc., et al. (New York).

Opinion by Evans, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43615.—Protests 803918–G, etc., of Paul Hirsch Rice Co., Inc. (Ogdensburg).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43616.—Protests 807936–G (A), etc., of Cella Bros., Inc., et al. (New York).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43617.—Protests 716476–G, etc., of Fara Macaroni Importing Co. et al. (New York).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43618.—Protests 788145–G, etc., of Lundt & Co. et al. (New York).

Opinion by EVANS, J.   On the records presented the protests were overruled.

No. 43619.—Protest 18088–K of R. U. Delapenha & Co., Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of Abstract 43068 the protest was sustained.